FILED
2010 Aug-26 PM 04:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| WILLIE THOMAS BURTON, )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>WARDEN GARY HETZEL and )<br>THE ATTORNEY GENERAL )<br>OF THE STATE OF ALABAMA, )<br>)<br>Respondents ) | Case No. 5:09-cv-01833-LSC-HGD |

## **MEMORANDUM OPINION**

On July 27, 2010, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On August 9, 2010, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation, and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the petition for writ of habeas corpus be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

Done this 26th day of August 2010.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

153671